# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 9728
ALEUTIAN,

                Appellant,

        vs.

BAC HOME LOANS SERVICING, LP,
F/K/A COUNTRYWIDE HOME LOANS
SERVICING LP,

                Respondent.

No. 77880

**FILED**

OCT 1 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
         DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

    Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

    It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Timothy C. Williams, District Judge
       Janet Trost, Settlement Judge
       Kerry P. Faughnan
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-42908